Marisol Contreras, Plaintiff-Respondent,
against
Parkash 1530 LLC, Defendant-Appellant.



Defendant, appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Brenda Rivera, J.), entered March 16, 2017, after trial, which awarded plaintiff damages in the principal sum of $3,800.00.




Per Curiam.
Judgment (Brenda Rivera, J.), entered March 16, 2017, affirmed, without costs.
The trial court's resolution of the liability aspect of the within property damage claim in favor of plaintiff accords with the weight of the evidence presented at the small claims trial (see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]), and is not disturbed. The evidence, fairly interpreted, supports a finding that defendant-landlord undertook responsibility to repair a leaking radiator in plaintiff's apartment and failed to properly effectuate the repair work. 
The court's damage award, based upon plaintiff's testimony and exhibits as to the purchase price of the furniture, clothing and other household items damaged as a result of defendant's negligence, comported with the governing substantial justice review standard (see CCA 1804, 1807; Kodak v American Airlines, 9 Misc 3d 107, 110 [App Term, 2nd Dept 2005]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 15, 2018